UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61811-CIV-SINGHAL/VALLE

MICHELLE FERGUSON,

    Plaintiff,

v.

NOVA SOUTHEASTERN UNIVERSITY,

    Defendant.

_____/

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice (DE [28]).  In light of the Stipulation, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**.  Each party shall bear its own fees and costs.  The Court retains jurisdiction to enforce the parties' settlement agreement.  The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 29th day of September 2021.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF